IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUASIE COLON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　Defendants. | Case No.: 12-cv-4800 JSC<br><br>**ORDER TO SHOW CAUSE** |

A review of the docket indicates that although Plaintiff filed this civil action on September 13, 2012 Plaintiff has yet to serve the Defendants. (Dkt. No. 1). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days to serve Defendants after filing of the Complaint. Accordingly, the Court hereby VACATES the Case Management Conference scheduled for January 17, 2013 and ORDERS Plaintiff to show cause why this action should not be dismissed to failure to serve pursuant to Rule 4(m). Plaintiff shall file a written response to the order to show cause and proof of service of the Summons and Complaint on Defendants by February 19, 2013.

　Failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE