IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUASIE COLON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　Defendants. | Case No.: 12-cv-4800 JSC<br><br>**ORDER REASSIGNING CASE AND REPORT AND RECOMMENDATION TO DISMISS** |

This civil action was filed on September 13, 2012. (Dkt. No. 1.) On January 17, 2013, the Court issued an order to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiff's failure to serve Defendants within 120 days in accordance Federal Rule of Civil Procedure 4(m). (Dkt. No. 6.) The Court ordered Plaintiff to respond to the Order to Show Cause by February 19, 2013. Plaintiff was warned that failure to comply with the Court's Order could result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b). To date, Plaintiff has not filed a response or communicated with the Court in any way.

As Plaintiff has neither consented to nor declined the undersigned magistrate judge's jurisdiction, the Clerk of the Court is ordered to reassign this action to a district court judge.

Based on the foregoing, this Court RECOMMENDS that the newly assigned district judge DISMISS this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE