United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUASIE COLON,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

No. C 12-4800 PJH

**JUDGMENT**

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: May 31, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge